No. 03–10346. WALKER, AKA SMITH v. UNITED STATES, 542 U. S. 914. Motion for leave to file petition for rehearing denied.

MARCH 24, 2005

No. 04A825. SCHIAVO EX REL. SCHINDLER ET UX. v. SCHIAVO ET AL. C. A. 11th Cir. Application for stay of enforcement of judgment pending the filing and disposition of a petition for writ of certiorari, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

MARCH 28, 2005

No. 03–1503. BROWN, WARDEN v. BELMONTES. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Brown v. Payton, ante, p. 133.